IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

    Vs.

                                                      Cr.No.12-922-010(FAB)

MIKHAIL KEMEL

## MOTION IN COMPLIANCE WITH COURT ORDER [Dkt.1703]

**TO THE HONORABLE FRANCISCO A. BESOSA**
**UNITED STATES DISTRICT JUDGE**
**FOR THE DISTRICT OF PUERTO RICO**

COMES NOW, GABRIEL SOTO-RIOS, U.S. PROBATION OFFICER OF THIS COURT, who respectfully informs that:

On August 13, 2018, Mr. Kemel filed a motion requesting early termination of his probation term. Your Honor requested an official report from the supervising officer in Central District of California, USPO Christina Le.

On September 7, 2018, USPO Christina Le responded the report stating no objection to the aforementioned request and provided the following: "Upon review, it is to be noted that the offender is employed full-time as a bookkeeper for an accountant named Alex Akselrod, CPA. He is also working towards developing a programming business and hopes to do so in Russia, in the future. He has begun looking into licensing for international business and has developed a team to move forward and expects to do so upon his termination of probation. He has also maintained a stable residence for the past

four years, where he resides with his mother, wife, and young son."

It is to be noted that USPO Christina Le mentioned that there were inaccurate statements in regard to facts stated in the motion. Nevertheless, she supports the decision for early termination stating the following: "The offender continues to be a good candidate for early termination. He has no outstanding special conditions, has maintained a stable residence, and is employed full time. It is the determination of this office that the offender is a good candidate for early termination and, thus, supports his request for such without any known opposition."

**WHEREFORE,** the undersigned respectfully prays that the Court take notice of the contents of this motion for the appropriate action.

In San Juan, Puerto Rico, this 7th day of September 2018.

Respectfully submitted,

EUSTAQUIO BABILONIA, CHIEF
U.S. PROBATION OFFICER

***s/Gabriel Soto-Ríos***
Gabriel Soto-Ríos
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardon Avenue
San Juan, PR 00918-1741
Tel. 787-281-1577
Fax 787-766-5945
Email:gabriel_soto@prp.uscourts.gov

**CERTIFICATE OF SERVICE**

I **HEREBY** certify that on September 7th, 2018 I electronically filed the foregoing motion with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all pertinent parties.

In San Juan, Puerto Rico, this 7th day of September 2018.

<u>*s/Gabriel Soto-Ríos*</u>
Gabriel Soto-Ríos
U.S. Probation Officer
Federal Office Bldg. Room 400
150 Chardon Avenue
San Juan, PR 00918-1741
Tel. 787-281-1577
Fax 787-766-5945
Email:gabriel_soto@prp.uscourts.gov